JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE NICHOLSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al. <br><br> Defendants. | Case No. CV15-07594 DDP (RAOx) <br><br> **ORDER OF DISMISSAL** <br><br> [Fed. R. Civ. P. 41(a)(1)] |

## **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure, Rule 41(a)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE AND HEREBY IS DISMISSED WITH PREJUDICE as to all claims, causes of action and parties, with each party bearing its own attorney's fees and costs. The clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: September 18, 2020

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE